# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

July 26, 2023

By ECF & Email
Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 7/27/2023

*/s/ Stewart D. Aaron*

      Re:    **United States v. Carlos Mercado**
              **23 MAG 5416**

Dear Judge Aaron,

      Bail in this matter was set by Magistrate Judge Lehrburger on July 11, 2023. As a condition of his release, the Court imposed a $50,000 personal recognizance bond to be co-signed by two financially responsible persons by July 18, 2023. Following a request by the defense, your Honor extended that deadline to today, July 26, 2023. (See Doc. #8). Although Mr. Mercado is doing his best, he is having difficulty securing two *financially responsible* individuals to cosign his bond.[1] Accordingly, and with the kind consent of AUSA Jerry Fang, the defense respectfully requests that the Court modify the bail again to allow Mr. Mercado until next Friday, August 4, 2023, to secure two financially responsible individuals to co-sign the bond.

      Thank you for the Court's consideration.

Respectfully Submitted,

_____
Matthew J. Kluger, Esq.

cc:    AUSA Jerry J. Fang

---

[1] Two individuals have already been rejected by the Government while defense counsel has preemptively rejected several more.