# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

October 3, 2023

By ECF
Hon. Robert W. Lehrburger
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Carlos Mercado**
23 MAG 5416

Dear Magistrate Judge Lehrburger,

Bail in this matter was set by your Honor on July 11, 2023. As a condition of his release, the Court imposed a $50,000 personal recognizance bond to be co-signed by two financially responsible persons ("FRP"). The defense writes now, with the consent of AUSA Jerry J. Fang, to respectfully request that the bail conditions be modified to allow *one* FRP (who has already signed the bond) and one person with "moral suasion" (the defendant's mother) to sign the bond.

Thank you for the Court's consideration.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc: AUSA Jerry J. Fang

Application GRANTED. SO ORDERED.
Dated: October 3, 2023.